UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF ALAN MELTZER, Deceased, IRA STONE, Administrator,<br><br>Plaintiff,<br><br>- against -<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | 13 Civ. 8853 (RWS)<br><br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

   The undersigned hereby appears on behalf of defendant the United States of America in this action.

Dated:   New York, New York
         February 10, 2014

                                        PREET BHARARA
                                        United States Attorney for the
                                        Southern District of New York
                                        Attorney for the respondent


                              By:   /s/
                                    SHANE CARGO
                                    Assistant United States Attorney
                                    86 Chambers Street
                                    New York, New York 10007
                                    Tel.   (212) 637-2711
                                    Fax    (212) 637-2786
                                    shane.cargo@usdoj.gov

To:      Andrew T. Solomon, Esq.
         SULLIVAN & WORCESTER LLP
         Attorney for Plaintiff
         1633 Broadway
         New York, New York 10019
         Tel.   (212) 660-3000
         Fax    (212) 660-3001
         ***By ECF and fax***