

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

February 10, 2014

**By ECF and by fax to (212) 805-7925**

The Honorable Hon. Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re:    *Estate of Alan Meltzer v. United States,* 13 Civ. 8853 (RWS)

Dear Judge Sweet:

      On behalf of the government, I write respectfully to request an extension of the government's time to respond to the complaint in the above-referenced proceeding. I make this request—the government's first—because my client agency, the IRS, is still in the process of gathering the documents necessary to respond to the complaint. The plaintiff's attorney consents to the government's request, and the parties have executed the attached stipulation adjourning the deadline from February 24, 2014, to March 26, 2014.

      I thank the Court for its consideration of this request.

                          Respectfully,

                          PREET BHARARA
                        United States Attorney for the
                        Southern District of New York

      By:   /s/
            SHANE CARGO
            Assistant United States Attorney
            Tel.   (212) 637-2711
            Fax   (212) 637-2786

cc:     Andrew T. Solomon, Esq.
        Attorney for Plaintiff *(ECF and fax, w/ encl.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF ALAN MELTZER, Deceased, IRA STONE, Administrator,<br><br>                Plaintiff,<br><br>- against -<br><br>THE UNITED STATES OF AMERICA,<br><br>                Defendant. | 13 Civ. 8853 (RWS)<br><br><br><br><br>**STIPULATION AND ORDER** |

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the defendant's time to answer, move, or otherwise respond to the complaint is extended to March 26, 2014.

| | |
|---|---|
| New York, New York<br>February 6, 2014<br><br>SULLIVAN & WORCESTER LLP<br>Attorney for Plaintiff<br><br><br>_____<br>Andrew T. Solomon, Esq.<br>1633 Broadway<br>New York, New York 10019<br>Tel.  (212) 660-3000<br>Fax  (212) 660-3001 | New York, New York<br>February 10, 2014<br><br>PREET BHARARA<br>United States Attorney for the<br>Southern District of New York<br>Attorney for Defendant<br><br>_____<br>Shane Cargo, Esq.<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Tel.  (212) 637-2711<br>Fax  (212) 637-2786 |

SO ORDERED:

_____
Hon. Robert W. Sweet
United States District Judge