

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, New York 10007

February 10, 2014

**_By ECF and by fax to (212) 805-7925_**

The Honorable Hon. Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Estate of Alan Meltzer v. United States*, 13 Civ. 8853 (RWS)

Dear Judge Sweet:

On behalf of the government, I write respectfully to request an extension of the government's time to respond to the complaint in the above-referenced proceeding. I make this request—the government's first—because my client agency, the IRS, is still in the process of gathering the documents necessary to respond to the complaint. The plaintiff's attorney consents to the government's request, and the parties have executed the attached stipulation adjourning the deadline from February 24, 2014, to March 26, 2014.

I thank the Court for its consideration of this request.

Respectfully,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: /s/ _____
SHANE CARGO
Assistant United States Attorney
Tel. (212) 637-2711
Fax (212) 637-2786

cc: Andrew T. Solomon, Esq.
Attorney for Plaintiff *(ECF and fax, w/ encl.)*

So ordered
Sweet USDJ
2-10-14

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/14