

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

September 16, 2014

**By ECF and by fax to (212) 805-7925**

The Honorable Hon. Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   *Estate of Alan Meltzer v. United States,* 13 Civ. 8853 (RWS)

Dear Judge Sweet:

      This Office represents defendant the United States in the above-referenced tax refund action. I write respectfully to request an adjournment of the status conference scheduled for this Thursday, September 18, 2014, at 4:00 p.m., to give the Office additional time to seek and obtain final settlement approval from the Department of Justice and the Joint Committee on Taxation.

      Since the initial conference in this matter, the IRS has concurred with the plaintiff's settlement proposal. But given the substantial amount of the refund claim, the proposed settlement must be authorized by both the Assistant Attorney General of the Tax Division of the Department of Justice and the Associate Attorney General. For the same reason, the settlement recommendation also must be evaluated and approved by the Joint Committee on Taxation, a congressional committee. Although we will make every effort to facilitate and expedite that review, the timing of the process is not within our control. We will, of course, inform the Court of any significant developments as they occur.

The Honorable Hon. Robert W. Sweet
September 16, 2014
Page 2

      For these reasons, we respectfully request that the Court adjourn the conference for several months while the review process moves forward. We thank the Court for its consideration of this request.

                    Respectfully,

                    PREET BHARARA
                    United States Attorney for the
                    Southern District of New York

By:   /s/
        SHANE CARGO
        Assistant United States Attorney
        Tel.   (212) 637-2711
        Fax   (212) 637-2786

cc:      Andrew T. Solomon, Esq.
          Attorney for Plaintiff *(by ECF and email)*