UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

Alan Meltzer,

    -v.-

USA
------------------------------------------------X

Order

13 Civ. 8853 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/14

Please be advised that the conference scheduled for Sept 18, 14 has been rescheduled to Nov 26, 14 at 4:00pm in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
9-23-14

_____
ROBERT W. SWEET
United States District Judge