

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

<u>By ECF and Fax to (212) 805-7925</u>

November 25, 2014

Hon. Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>Estate of Alan Meltzer v. U.S.A.</u>, 13 CV 8853 (RWS)

Dear Judge Sweet:

This firm represents the Estate of Alan Meltzer in the referenced matter.

We write—with the consent of counsel for the government—to request an adjournment of the status conference now scheduled for November 26, 2014 at 4:00 PM.  We respectfully suggest a date in January.

The reasons for this request are twofold. First, we are still hoping to see a response from the Department of Justice and Congress concerning a consent judgment or other amicable resolution of this matter.  Second, the timing for this conference perhaps could be better. Tomorrow is the day before a busy holiday, the weather forecast is bad, and the Federal Bar Council has a lunch earlier in the day.

All that said, if Your Honor desires for the conference to go forward as scheduled, I am available to appear and I believe that is the case with counsel for the United States of America.

Respectfully submitted,

/s/Andrew T. Solomon

Andrew T. Solomon
Attorney at Law

Direct line:  212 660 3023
asolomon@sandw.com

cc:  Shane Cargo, Assistant United States Attorney (by ECF and email)