UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Estate of Alan Meltzer

-v.-

U.S.A.

------------------------------------------------------------X

13 Civ. 8853 (RWS)

Order

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/14

Please be advised that the conference scheduled for 11-26-14 has been rescheduled to 1-28-15 at 4:00 pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
11-26-14

ROBERT W. SWEET
United States District Judge