

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

<u>By ECF and Fax to (212) 805-7925</u>

May 5, 2015

Hon. Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  <u>Estate of Alan Meltzer v. U.S.A.</u>, 13 CV 8853 (RWS)

Dear Judge Sweet:

This firm represents the Estate of Alan Meltzer in the referenced matter.

We write—with the consent of counsel for the government—to request an adjournment of the preliminary conference now scheduled for May 6, 2015 at 4:00 PM.

This is a tax refund case. We previously advised the Court that the parties have reached an agreement in principle for the resolution of this matter, but that any such agreement is subject to approval by a Joint Congressional Committee. Counsel for the Department of Justice has advised me that matter is still before the Committee but that an affirmative response is expected imminently.

On behalf of all parties, I respectfully ask the Court to adjourn this conference for one month to allow for more time for the matter to be resolved.

Please contact me at 212-660-3023 if you have any questions.

Respectfully submitted,

/s/Andrew T. Solomon

Andrew T. Solomon
Attorney at Law

Direct line:  212 660 3023
asolomon@sandw.com

cc:  Shane Cargo, Assistant United States Attorney (by ECF and email)