UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Alan Metzer

-v.-

USA

13 Civ 8853 (RWS)

------------------------------------------------------------X

Please be advised that the conference scheduled for __5-6-15__ has been rescheduled to __9-30-15__ at __4:00 pm__ in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
5/5/15

_____
ROBERT W. SWEET
United States District Judge

